**United States District Court for the District of Columbia**

FILED
JUL 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AHMED KHALFAN GHAILANI,

*Guantanamo Bay, Cuba*

        Petitioner,

08 1190

v.

ROBERT M. GATES, SECRETARY OF DEFENSE,
COMMANDER, JOINT TASK FORCE, GTMO,
COMMANDER, PRISON CAMP, GTMO,

        Respondents.

**MOTION FOR WAIVER OF FEES AND TO FILE
NOTICE OF APPEARANCE PURSUANT TO
LOCAL CIVIL RULE 83.2(g)**

Petitioner, Ahmed Khalfan Ghailani, is a prisoner at the United States Naval Station located at Guantánamo Bay, Cuba. Scott L. Fenstermaker, Esq. is an attorney in private practice in New York, New York and serves as attorney for Petitioner Ghailani pursuant to October 1, 2007, April 10, 2008 and April 16, 2008 letters from Petitioner Ghailani appointing him as Petitioner Ghailani's attorney. Since in or about September of 2006, Petitioner Ghailani has been imprisoned by Respondents at the United States Naval Station at Guantánamo Bay, Cuba as an "enemy combatant." Prior to his detention at Guantánamo Bay, Cuba, Petitioner Ghailani was held in the custody and control of the United States Central Intelligence Agency at an undisclosed location or locations. It is unknown how

RECEIVED
JUN 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

long Petitioner Ghailani was held in the custody of the Central Intelligence Agency.

During his imprisonment, Petitioner Ghailani has had no opportunity to earn income, has not received any income or property from any source, and is indigent and unable to pay a docketing fee or post a bond in relation to this matter. *See* Declaration of Scott L. Fenstermaker in Support of Motion for Waiver of Fees and to Appear Pursuant to Local Civil Rule 83.2(g) (attached). Petitioner Ghailani is currently unemployed and, as result of his detention, is unable to seek employment. Petitioner Ghailani does not have a checking or savings account or, if he does, does not have any meaningful access to the funds contained in his account(s) as a result of his status as a detainee at Guantánamo Bay, Cuba. Petitioner Ghailani does not own any real estate, stocks, bonds, securities, or other financial instruments, automobiles or anything else of value. Petitioner seeks a waiver of all fees relating to the instant petition.

The undersigned seeks permission to appear as attorney of record for the Petitioner herein pursuant to Local Civil Rule 83.2(g). *See* Declaration of Scott L. Fenstermaker in Support of Motion for Waiver of Fees and to Appear Pursuant to Local Civil Rule 83.2(g) (attached). The undersigned is representing the Petitioner on a *pro bono* basis. Furthermore, the undersigned has been appointed as Petitioner Ghailani's attorney.

2

Respectfully submitted,

*[signature: Scott L. Fenstermaker]*

Scott L. Fenstermaker, Esq.
The Law Offices of Scott L. Fenstermaker, P.C.
300 Park Avenue, 17th Floor
New York, New York 10022
212-302-0201
*Attorney for Petitioner*

Dated:   June 26, 2008

United States District Court for the
District of Columbia

**FILED**
JUL 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**AHMED KHALFAN GHAILANI,**

Petitioners,

08 1190

v.

**ROBERT M. GATES, SECRETARY OF DEFENSE,
COMMANDER, JOINT TASK FORCE, GTMO,
COMMANDER, PRISON CAMP, GTMO,**

Respondents.

## DECLARATION OF SCOTT L. FENSTERMAKER IN SUPPORT OF MOTION FOR WAIVER OF FEES AND TO APPEAR PURSUANT TO LOCAL CIVIL RULE 83.2(g)

I, Scott L. Fenstermaker, declare:

1. I am the owner of the Law Offices of Scott L. Fenstermaker, P.C., 300 Park Avenue, 17th Floor, New York, New York 10022. I am a member of the Bar of the State of New York and am admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York, the United States Courts of Appeals for the Second Circuit and the District of Columbia Circuit, and the United States Supreme Court. I represent Petitioner Ahmed Khalfan Ghailani and submit this declaration in support of his motion for waiver of fees in this matter and in support of my application to appear in this matter pursuant to Local Civil Rule 83.2(g).

2. Petitioner Ghailani is imprisoned at the United States Naval Station at Guantánamo Bay, Cuba. He has been imprisoned at Guantánamo Bay, Cuba since on or about September of 2006. Prior to that he was held at undisclosed locations throughout the world by the United States Central Intelligence Agency. It is unknown how long he was held by the Central Intelligence Agency.

3. In this action, brought pursuant to 28 U.S.C. §2241(e), Petitioner Ghailani seeks a determination that his detention by the United States government is unlawful.

4. I am representing Petitioner Ghailani on a *pro bono* basis in this action and have not received compensation of any kind for my representation of Petitioner Ghailani.

5. During his imprisonment, Petitioner Ghailani has had no opportunity to earn income and has not received any income or property from any source. On information and belief, Petitioner Ghailani does not own significant real estate, cash, stocks, securities, automobiles or other investments of any value whatsoever. Petitioner Ghailani has not been able to provide support to his dependents, if any, since his imprisonment.

6. In my opinion, Petitioner Ghailani is unable to pay docketing or other fees associated with the instant litigation.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2008 in New York, New York.

*[signature]*
Scott L. Fenstermaker, Esq.
The Law Offices of Scott L. Fenstermaker, P.C.
300 Park Avenue, 17th Floor
New York, New York 10022
212-302-0201

**United States District Court for the
District of Columbia**

**AHMED KHALFAN GHAILANI,**

      Petitioner,      08 1190

v.

**ROBERT M. GATES, SECRETARY OF DEFENSE,
COMMANDER, JOINT TASK FORCE, GTMO,
COMMANDER, PRISON CAMP, GTMO,**

      Respondents.

**DECLARATION OF SERVICE**

  SCOTT L. FENSTERMAKER, ESQ., an attorney at law admitted to practice before the Courts of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the United States Courts of Appeals for the Second Circuit and the District of Columbia Circuit and the United States Supreme Court, being duly sworn, deposes and says:

  I served the attached Petition for a Writ of Habeas Corpus, Motion for Waiver of Fees and to File Notice of Appearance Pursuant to Local Civil Rule 83.2(g), June 26, 2008 Declaration of Scott L. Fenstermaker, Esq., Notice of Designation of Related Civil Cases, and Civil Cover sheet on the following by mailing the same, via first class mail, postage paid on June 26, 2008 to the addressees listed below:

1

Hon. Michael B. Mukasey, Esq.  
United States Department of Justice  
950 Pennsylvania Ave., N.W.  
Washington, DC 20530  

William J. Haynes, II, Esq.  
General Counsel  
Department of Defense  
1600 Defense Pentagon  
Washington, DC 20301  

Office of the United States Attorney  
555 4th Street, NW  
Washington, DC 20530  

Commander, Prison Camp, GTMO  
JTF GTMO SJA  
APO AE 09360  

Hon. Robert M. Gates  
Secretary of Defense  
1000 Defense Pentagon  
Washington, DC 20301  

Civil Process Desk  
Department of Justice  
950 Pennsylvania Ave., NW  
Washington, DC 20530  

Commander, JTF, GTMO  
JTF GTMO SJA  
APO AE 09360  

_____  
Scott L. Fenstermaker, Esq.  

Dated:   June 26, 2008