## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AHMED KHALFAN GHAILANI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08-cv-1190 (RJL) |
| ) | |
| ROBERT M. GATES, ) | |
|    Secretary of Defense, *et al.*, ) | |
| ) | |
| Respondents ) | |

## **[PROPOSED] ORDER**

The Court, having considered Petitioner's motion to (1) strike Scott L. Fenstermaker's unauthorized notice of appearance as Petitioner's counsel in this matter, (2) name David H. Remes as Petitioner's counsel in this matter, and (3) bar Mr. Fenstermaker from making any further filings holding himself out as Petitioner's counsel in this matter; Mr. Fenstermaker's response thereto; and all other materials in the record, it is

ORDERED, that Scott L. Fenstermaker's appearance shall be stricken from the docket; and it is further

ORDERED, that David H. Remes, having duly entered an appearance, shall be listed as Petitioner's counsel in this matter; and it is further

ORDERED, that Mr. Fenstermaker shall not make any further filings holding himself out as Petitioner's counsel in this matter.

SO ORDERED.

Dated: _____          _____
                                                                                         RICHARD J. LEON
                                                                                         United States District Judge