UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------

AHMED KHALFAN GHAILANI,

               Petitioner,                              08 cv 1190 (RJL)

    v.

                                                       **[PROPOSED] ORDER**

ROBERT M. GATES,

               Respondent.

------------------------------------------------------------

       The Court, having considered Petitioner's request, by Petitioner's counsel Scott L. Fenstermaker, Esq., dated August 4, 2008, to file certain documents under seal and *ex parte* for the Court's *in camera* review, it is hereby

       FOUND that the documents listed below, currently lodged under seal with the Court pursuant to Local Civil Rule 5.1(j), constitute communication subject to the attorney-client and work product privileges; and it is therefore hereby

       ORDERED that Petitioner's request is granted and that said documents, listed as Exhibits A, C, E, F, G, H, I, J, and K of the Fenstermaker Declaration, dated August 4, 2008, shall be filed under seal and *ex parte* for this Court's *in camera* inspection.

       SO ORDERED.

Dated: _____

                                                                  _____
                                                                   RICHARD J. LEON
                                                                   United States District Judge