UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED KHALFAN GHAILANI )<br>)<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>ROBERT M. GATES *et al.* )<br>)<br>)<br>Respondents. )<br>) | Civil Case No. 08-1190 (RJL) |

### ORDER
(August 19, 2008)

Upon review of the motion to strike Scott Fenstermaker's notice of appearance, Mr. Fenstermaker's opposition, and the entire record herein, it is hereby

**ORDERED** that David H. Remes is named as counsel to petitioner Ahmed Khalfan Ghailani in this matter. It is further

**ORDERED** that, within 60 days of the date of this Order, Mr. Remes will file a signed authorization from petitioner to pursue this action, or a declaration by Mr. Remes that states that the petitioner directly authorized counsel to pursue the action and explains why counsel was unable to secure a signed authorization. It is further

**ORDERED** that the Clerk's Office will strike Mr. Fenstermaker's notice of appearance from the record. It is further

**ORDERED** that Mr. Fenstermaker is barred from making any further filings in this Court on petitioner Ahmed Khalfan Ghailani's behalf.

**SO ORDERED.**

                                          _/s/ Richard J. Leon_
                                          RICHARD J. LEON
                                          United States District Judge

Case 1:08-cv-01190-RJL    Document 14    Filed 08/20/2008    Page 3 of 3