UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED KHALFAN GHAILANI )<br>)<br>)<br>Petitioner )<br>)<br>v. ) Civil Case No. 08-1190 (RJL)<br>)<br>)<br>ROBERT M. GATES )<br>)<br>)<br>)<br>Respondent )<br>) | |

## ORDER

Upon review of the petition for a writ of habeas corpus and the entire record herein, it is hereby

**ORDERED** that the parties shall submit a status report for the above-captioned case by **September 18, 2008 at 3:00 p.m**. The status report shall be no longer than ten (10) pages single-spaced.

This report shall:

    A.    identify any administrative issues in the case (e.g. a protective order) that need to be resolved;

    B.    identify whether a stay was entered, and address whether the Court should lift the stay;

    C.    provide a concise statement of the factual history surrounding the petitioner's detention;

  D. indicate whether the petitioner has been, or will soon be, transferred out of Guantanamo Bay, Cuba;

  E. indicate whether the petitioner had duplicate petitions filed on his behalf, and address which of the duplicate petitions should be dismissed;

  F. indicate whether the petitioner has been charged with war crimes under the Military Commissions Act of 2006;

  G. identify all pending motions, and address whether those motions are ripe for decision;

  H. indicate whether a factual return has been filed for the petitioner,[1] and, if so, whether the government intends to file a motion to amend the return;

  I. indicate whether the petitioner intends to seek discovery; and identify any collateral issues.

**SO ORDERED.**

September 4, 2008

RICHARD J. LEON
United States District Judge

---

[1] If the petitioner(s) have not obtained access to the CSRT record, indicate whether the parties agree on when it will be provided.